IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PASSION GREER and <br> DAVID E. FIELDS, #07439-025, <br><br> Plaintiff, <br><br> vs. <br><br> ST. CLAIR COUNTY, ILLINOIS, <br> ST. CLAIR COUNTY SHERIFF'S OFFICE, <br> BELLEVILLE, ILLINOIS POLICE DEPARTMENT, <br> W. KEYES, <br> GREG HOSP, <br> ETHAN HANRAHAN, <br> SEAN SCHMIDT, <br> AARON HACKLEMAN, <br> DARREN RUCKER, <br> C. FRUEND, <br> AND UNKNOWN PARTY, <br><br> Defendants. | Case No. 25-cv-01806-SMY |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court for case management purposes. Plaintiffs Passion Greer and David Fields initiated this suit on September 19, 2025, alleging violations of their constitutional rights pursuant to 42 U.S.C. §1983. (Doc. 1). Plaintiffs were directed to submit the $405.00 filing fee or file a motion to proceed *in forma pauperis* (IFP motion) on or before October 20, 2025. (Doc. 3). They were warned that failure to do so would result in dismissal of this case. *Id*. The deadline has passed.

Plaintiff Passion Greer responded to this Order, by filing an IFP motion and Supplement that are both under review. (Docs. 4 and 7). Plaintiff David Fields did not pay the $405.00 filing

1

fee or file an IFP motion. Until he makes payment or files for IFP, he cannot proceed as a plaintiff in this case.

It is not clear whether Plaintiffs intended to bring this suit together. The Court notes that this lawsuit is virtually identical to another one filed by Plaintiffs Greer and Fields against the same Defendants on September 19, 2025, *i.e.*, Case No. 25-cv-01805-SPM. Although Plaintiffs both signed the Complaint in this case, Plaintiff Fields is the only plaintiff who signed the Complaint in Case No. 25-cv-01805-SPM. Therefore, before moving forward with screening *this case*, the Court must determine whether Plaintiffs intend to pursue their claims together herein.

On or before **November 17, 2025**, Plaintiffs Greer and Fields are each **ORDERED** to do the following: advise the Court, in writing, in this case (Case No. 25-cv-1806-SMY), whether they intend to pursue this action. If a Plaintiff advises the Court that he/she wishes to proceed with *this case*, that plaintiff must also comply with the fee payment order at Doc. 3 by prepaying the $405.00 filing fee for this case or a properly completed IFP motion by November 17, 2025. **<u>Either Plaintiff may voluntarily dismiss this action without the assessment of a filing fee by filing a Notice of Voluntary Dismissal by November 17, 2025.</u>**

Plaintiffs are **WARNED** that failure to timely respond to this Order will result in the dismissal of any plaintiff who is not in full compliance with the Order at Doc. 3 and this Order and will also result in the assessment of a filing fee for this action. FED. R. CIV. P. 41(b).

Finally, Plaintiffs are **ADVISED** that a pleading, motion, or document filed on behalf of multiple plaintiffs must be signed by **each** Plaintiff. A non-attorney cannot file or sign papers for another litigant. So long as Plaintiffs appear without counsel in this action, each Plaintiff must sign documents for himself. *See Lewis v. Lenc-Smith Mfg. Co.*, 784 F.2d 829, 831 (7th Cir. 1986); FED.

R. CIV. P. 11. Plaintiffs are **WARNED** that future group motions or pleadings that do not comply with this requirement shall be stricken pursuant to Rule 11(a).

Plaintiffs are further **ADVISED** of their continuing obligation to keep the Clerk and each opposing party informed of any change in their addresses. The Court will not independently investigate Plaintiffs' whereabouts. This shall be done in writing and not later than **14 days** after a transfer or other change in address occurs.

**IT IS SO ORDERED.**

DATED:  November 3, 2025               *s/ Staci M. Yandle*
                                                              **STACI M. YANDLE**
                                                              **United States District Judge**